OPINION — AG — ** EXCISE BOARD — NEPOTISM ** THE MARRIAGE OF A MEMBER OF THE COUNTY EXCISE BOARD TO AN ELECTED COUNTY OFFICIAL DOES 'NOT' MAKE SUCH MEMBER INELIGIBLE TO CONTINUE TO SERVE ON SUCH COUNTY EXCISE BOARD. (CONFLICT OF INTEREST, COUNTY, WIFE, HUSBAND, SPOUSE, BOTH COUNTY OFFICIALS) CITE: 21 O.S. 481 [21-481], 68 O.S. 15.38 [68-15.38] [68-15.38] (J. H. JOHNSON)